IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION No. 18-166 |
| DAVID LAWTON, et al. | : |
| Defendants | : RELATED TO DOCKET NO. 2 |

ENTRY OF APPEARANCE

AND NOW, this 15th day of March, 2018, I, Jim Peavler, Counsel, Pennsylvania Department of Revenue, do hereby enter my appearance of record, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in the above-captioned proceeding. Please consider this entry as a formal request to (a) be placed on the Defendants' matrix/mailing list for this proceeding and (b) to obtain a copy of all pleadings, briefs, and memoranda of law, submitted to the Court by any party or their counsel in this proceeding at the below listed address.

Respectfully submitted:

/s/ Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
Dept. 281061
Harrisburg, PA 17128-1061
Attorney I.D. 320663
jpeavler@pa.gov
Telephone: (717) 787-2747
Facsimile: (717) 772-1459